

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-22-00353-CR

**EX PARTE** Andrez **ZUNIGA-GUTIERREZ**

From the County Court, Kinney County, Texas
Trial Court No. 12108CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellant's brief is due on July 5, 2022. Before the due date, Appellant filed an unopposed first motion for a thirty-day extension of time to file the brief.

Appellant's motion is granted. Appellant's brief is due on August 4, 2022. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.



_____
Michael A. Cruz,
Clerk of Court